(Official Form 1) (9/97) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court |
|---|---|
| | **NORTHERN** District of **ILLINOIS** |

| Name of Debtor (If individual, enter Last, First, Middle):<br>JOHNSON, DAVID C | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>JOHNSON, MARIA J |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>NONE | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>NONE |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-6510 | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-3783 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>122 NORTH BROWN ST.<br>GENOA IL   60135 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>122 N. BROWN ST.<br>GENOA IL   60135 |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: DEKALB |
| Mailing Address of Debtor (if different from street address):<br>SAME | Mailing Address of Joint Debtor (if different from street address):<br>SAME |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): NOT APPLICABLE | |

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☐ Chapter 11    ☒ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☐ Full Filing Fee attached |

**Chapter 11 Small Business**   (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☒ Filing Fee to be paid in Installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information**   (Estimates only)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/97) West Group, Rochester, NY

# Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): | FORM B1, Page 2 |
|---|---|
| JOHNSON, DAVID AND MARIA and JOHNSON, MARIA | |

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NORTHERN DISTRICT OF ILLINOI | 00-72121 | 5-30-00 |

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |
| District: | Relationship: | Judge: |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the Information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief avaiable under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor
X _[signature]_
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Attorney

X _Jacqueline J. Montville_
Signature of Attorney for Debtor(s)

JACQUELINE J. MONTVILLE  6189158
Printed Name of Attorney for Debtor(s)

JACQUELINE J. MONTVILLE
Firm Name

515 KENDALL LANE
Address

DEKALB IL   60115

(815) 758-8396
Telephone Number    Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be competed if debtor is an Individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Jacqueline J. Montville_
Signature of Attorney for Debtor(s)

Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NORTHERN DISTRICT OF ILLINOI | 03-70814 | 2-18-03 |
| Location Where Filed: | Case Number: | Date Filed: |
| NORTHERN DISTRICT OF ILLINOI | 03-74088 | 8-4-03 |

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NORTHERN DISTRICT OF ILLINOI | 03-70814 | 2-18-03 |

FORM B6D (6/90) West Group, Rochester, NY

In re JOHNSON, DAVID AND MARIA and JOHNSON, MARIA _____ / Debtor     Case No. _____
(if known)

## SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," Include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If any |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>AMERICAN GENERAL FINANCE IN SY<br>630 PLAZA DRIVE<br>SYCAMORE IL 60178 | | J<br>CHATTLE MORTGAGE<br>1994 DODGE CARAVAN<br><br>Value: $ 2,637.50 | | | | $ 9,656.00 | $ 7,018.50 |
| Account No:<br>Creditor # : 2<br>BANK ONE NOTICE ONLY<br>P.O. BOX 260161<br>BATON ROUGE LA 70826-0161 | | J<br><br>Value: $ 0.00 | | | | $ 0.00 | $ 0.00 |
| Account No:<br>Creditor # : 3<br>BANK ONE LENDING AUTOMOTIVE<br>8620 N. 22ND AVE<br>SUITE 108<br>PHOENIX AZ 85021-6036 | | J<br>CHATTLE MORTGAGE<br>1998 MAZDA TRUCK<br><br>Value: $ 5,800.00 | | | | $ 5,742.00 | $ 0.00 |
| Account No:<br>Creditor # : 4<br>MATCO TOOLS<br>15241 OLD STATE ROAD<br>SYCAMORE IL 60178 | | J<br>Purchase Money Security<br>TOOLS<br><br>Value: $ 1,800.00 | | | | $ 1,800.00 | $ 0.00 |
| Account No: | | Value: | | | | | |

No continuation sheets attached

Subtotal $ (Total of this page) | 17,198.00
Total $ (Use only on last page. Report total also on Summary of Schedules) | 17,198.00

In re **JOHNSON, DAVID AND MARIA and JOHNSON, MARIA** _____ / Debtor         Case No. _____

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(if known)

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**

Check the appropriate box(es) below if claims in that category are listed on the attached sheets.

☐ **Extensions of credit in an Involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commisions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by Individuals**
Claims of individuals up to $1950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

In re JOHNSON, DAVID AND MARIA and JOHNSON, MARIA _____ / Debtor   Case No. _____
(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br>H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>AMERICAN GENERAL FINANCE IN SY<br>630 PLAZA DRIVE<br>SYCAMORE IL 60178 | J | | | | | $ 647.00 |
| Account No:<br>Creditor # : 2<br>AMERICAN GENERAL FINANCE IN SY<br>630 PLAZA DRIVE<br>SYCAMORE IL 60178 | J | 1994 FORD RANGER ALTERNATOR CAUGHT FIRE AND BURNED  TRUCK WAS DESTROYED | | | | $ 3,100.00 |
| Account No:<br>Creditor # : 3<br>AT&T WIRELESS<br>P.O. BOX 105306<br>ATLANTA GA 30348-5306 | J | 815-715-6969 | | | | $ 53.00 |
| Account No:<br>Creditor # : 4<br>CAMELOT RADIOLOGY<br>P.O. BOX 1685<br>ROCKFORD IL 61110 | J | | | | | $ 0.00 |
| Account No:<br>Creditor # : 5<br>CAPITAL ONE<br>PO BOX 85167<br>RICHMOND VA 23285-5015 | J | | | | | $ 716.00 |

_3_ continuation sheets attached

Subtotal $ 4,516.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (9/97) West Group, Rochester, NY

In re JOHNSON, DAVID AND MARIA and JOHNSON, MARIA / Debtor    Case No._____
(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor (H-Husband, W-Wife, J-Joint, C-Community) | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 6 CAPITAL ONE BANK P.O. BOX 85167 RICHMOND VA 23285-5015 | J | | | | | $ 670.00 |
| Account No: Creditor # : 7 CLIFFE, FOSTER & CORNEILLE 151 WEST LINCOLN HIGHWAY DEKALB IL 60115 | J | ATTORNEYS FOR AMERICAN GENERAL FINANCE | | | | $ 0.00 |
| Account No: Creditor # : 8 COMMONWEALTH EDISON 2100 SWIFT DRIVE OAK BROOK IL 60523 | J | | | | | $ 62.00 |
| Account No: Creditor # : 9 DR. DISANTI 109 SOUTH GENOA ST. GENOA IL 60145 | J | | | | | $ 200.00 |
| Account No: Creditor # : 10 EQUIFAX P.O. BOX 105851 ATLANTA GA 30348 | J | NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 11 EXPERIAN INFORMATION SERVICES P.O. BOX 2002 ALLEN TX 75013 | J | NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 12 HINSHAW & CULBERTSON 100 PARK AVENUE P.O. BOX 1389 ROCKFORD IL 61105-1389 | J | | | | | $ 0.00 |

Sheet No. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 932.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re JOHNSON, DAVID AND MARIA and JOHNSON, MARIA / Debtor    Case No. _____ (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H–Husband W–Wife J–Joint C–Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 13 KISHWAUKEE COMMUNITY HOSPITAL P.O. BOX 846 DEKALB IL 60115 | J | | | | | $ 15,000.00 |
| Account No: Creditor # : 14 NICOR 1844 FERRY ROAD 7W ATTORNEY PAUL GRACEY NAPERVILLE IL 60563 | J | | | | | $ 700.00 |
| Account No: Creditor # : 15 NICOR P.O. BOX 549 CREDIT INVESTIGATIONS AURORA IL 60507 | J | | | | | $ 400.00 |
| Account No: Creditor # : 16 OSF SAINT ANTHONY MEDICAL CENT 5666 EAST STATE STREET ROCKFORD IL 61108-2472 | J | PEDIATRIC CARDIOLOGY | | | | $ 300.00 |
| Account No: Creditor # : 17 ROCKFORD MERCANTILE AGENCY 2502 S. ALPINE RD. ROCKFORD IL 61108 | J | COLLECTION AGENCY FOR CAMELOT RADIOLOGY | | | | $ 88.00 |
| Account No: Creditor # : 18 SPRINT P.O. BOX 219554 KANSAS CITY MO 64121 | J | 815-501-1374 | | | | $ 176.00 |
| Account No: Creditor # : 19 SYCAMORE AUTO CENTER HWY 23 & PEACE RD. SYCAMORE IL 60178 | J | DOWNPAYMENT AND CHARGES FOR AUTO DETAILING | | | | $ 1,300.00 |

Sheet No. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 17,964.00

Total $
(Report total also on Summary of Schedules)

In re **JOHNSON, DAVID AND MARIA and JOHNSON, MARIA** / Debtor    Case No. _____
(if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 20 SYCAMORE AUTO CENTER 1230 E. STATE ROCKFORD IL 61104 | J | BAC CHECK | | | | $ 325.00 |
| Account No: Creditor # : 21 TRANS UNION P.O. BOX 1000 CHESTER PA 19022 | J | NOTICE ONLY | | | | $ 0.00 |
| Account No: Creditor # : 22 VAN RU CREDIT CORPORATION 150 S. SUNNYSLOPE SUITE 108 BROOKFIELD WI 53005 | J | COLLECTION AGENCY FOR CAPITAL ONE | | | | $ 840.00 |
| Account No: Creditor # : 23 VERIZON 1135 E. CHOCOLATE AVENUE HERSHEY PA 17033 | J | | | | | $ 500.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ 1,665.00
(Total of this page)
Total $ 25,077.00
(Report total also on Summary of Schedules)